UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION


UNITED STATES OF AMERICA,      )           CRIMINAL
                               )         McAllen, Texas
              Plaintiff,       )
                               )    Wednesday, July 5, 2017
      vs.                      )    (9:10 a.m. to 9:35 a.m.)
                               )
MARCO BENAVIDES-ARTEAGA,       )    CASE NO:  7:16-CR-0876-7
JOSE ROMAN,                    )    CASE NO:  7:16-CR-0876-8
OMAR VAZQUEZ-AVENDANO,         )    CASE NO:  7:16-CR-0876-11
                               )
              Defendants.      )
_____)


REARRAIGNMENT


BEFORE THE HONORABLE RANDY CRANE,
UNITED STATES DISTRICT JUDGE




Appearances:            See Next Page

Interpreter:            Elena Medrano

Court Recorder:         Citlalic Villegas

Transcribed by:         Exceptional Reporting Services, Inc.
                        P.O. Box 18668
                        Corpus Christi, TX 78480-8668
                        361 949-2988

THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC
EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY
BE USED ONLY AS AUTHORIZED BY COURT ORDER.
UNAUTHORIZED REPRODUCTION WILL RESULT IN AN
ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN
ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.
General Order 94-15, United States District Court,
Southern District of Texas.

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES FOR:

Plaintiff:                  PATRICIA COOK PROFIT, ESQ.
                            Assistant United States Attorney
                            1701 W. Business Hwy. 83, Suite 600
                            McAllen, TX 78501

Marco Benavides-Arteaga:    GREGORIO R. LOPEZ, ESQ.
                            Attorney at Law
                            4417 N. McColl Road
                            McAllen, TX 78504

Jose Roman:                 REYNALDO M. MERINO, ESQ.
                            Attorney at Law
                            1012 Martin Avenue, Suite B
                            McAllen, TX 78504

Omar Vazquez-Avendano:      GUY L. WOMACK, ESQ.
                            Attorney at Law
                            609 Heights Blvd.
                            Houston, TX 77007

<u>McAllen, Texas; Wednesday, July 5, 2017; 9:10 a.m.</u>

<u>Call to Order</u>

(Official Interpreter Utilized for Translation)

**THE COURT:** Okay, 16-cr-00876-7, *USA versus Marco Benavides-Arteaga*.

**MS. PROFIT:** The Government is present and ready, your Honor.

**MR. LOPEZ:** Greg Lopez, your Honor, for Mr. Marco Benavides-Arteaga. Your Honor, this is going to be a rearraignment to Count One and Count Two.

**THE COURT:** All right, if you'll step forward. Any objection to my taking his plea with the others?

**MR. LOPEZ:** No, your Honor.

**THE COURT:** All right, thank you.

16-cr-00876-8, *USA versus Jose Roman* or Roman, excuse me.

**MS. PROFIT:** The Government is present and ready, your Honor.

**MR. MERINO:** Good morning, your Honor, Rey Merino with Mr. Roman. Recently he had signed a plea, but it will be a plea to Count One, Judge.

**THE COURT:** Count One? All right. Any objection to my taking his plea with the others?

**MR. MERINO:** No, your Honor.

**THE COURT:** And, finally, 16-cr-00876-11, *USA versus*

1   *Omar Vazquez-Avendano.*

2          **MS. PROFIT:**  The Government is present and ready,

3   your Honor.

4          **MR. WOMACK:**  Good morning, your Honor.  Guy Womack

5   for Mr. Vazquez-Avendano.  That is also a rearraignment to

6   Count One.

7          **THE COURT:**  One as well.  And no other pleas,

8   Mr. Pena, Mr. Longoria?  Your clients still holding out for a

9   jury of their peers?

10         **MR. SPEAKER:**  Yes, your Honor.

11         **THE COURT:**  All right.  So before we begin,

12  gentlemen, I need to have the oath administered to each of you

13  so if I could get all of you to please raise your right hand at

14  this time to be administered the oath?

15      **(All Defendants sworn)**

16         **THE COURT:**  All right, so you're now under oath.

17  This just means you're required to answer my questions

18  truthfully.  If you do not answer all of my questions

19  truthfully then you could be later prosecuted for committing

20  perjury or making a false statement.  Do each of you understand

21  this?

22         Mr. Benavides?

23         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

24         **THE COURT:**  Mr. Roman, you understand this?

25         **DEFENDANT ROMAN:**  Yes.

1          **THE COURT:** And, Mr. Vazquez, do you understand?

2          **DEFENDANT VAZQUEZ-AVENDANO:** Yes, your Honor.

3          **THE COURT:** All right. So I've been told each of you

4    intends to plead guilty to one of the charges pending against

5    you. Before I can accept your guilty plea I just need to make

6    certain that it's done of your own free will and in accordance

7    with law and that's because when you plead guilty you do give

8    up some important rights.

9          I'm going to explain some of your rights to you here

10   this morning. If, at any point you don't understand something

11   that I ask or say just let me know and I'll be happy to explain

12   myself to you.

13         We're going to begin with you, Mr. Benavides. If you

14   could state your full name, please?

15         **DEFENDANT BENAVIDES-ARTEAGA:** Marco Antonio

16   Benavides-Arteaga.

17         **THE COURT:** And how old are you?

18         **DEFENDANT BENAVIDES-ARTEAGA:** Forty-two -- 43, I'm

19   sorry.

20         **THE COURT:** And how far did you go in school?

21         **DEFENDANT BENAVIDES-ARTEAGA:** (indisc.) like middle

22   school.

23         **THE COURT:** All right. That was in Mexico?

24         **DEFENDANT BENAVIDES-ARTEAGA:** Yes, in Mexico.

25         **THE COURT:** Do you understand some English?

1           **DEFENDANT BENAVIDES-ARTEAGA:**  A little.

2           **THE COURT:**  Okay.  And, generally, are you in good

3    health?

4           **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I am.

5           **THE COURT:**  And have you ever been treated for any

6    kind of mental or psychological problems?

7           **DEFENDANT BENAVIDES-ARTEAGA:**  No, never, sir.

8           **THE COURT:**  In the past 24 hours have you taken any

9    medicine, pills or drugs?

10          **DEFENDANT BENAVIDES-ARTEAGA:**  Not in the last 24

11   hours.

12          **THE COURT:**  All right.  And have you understood my

13   questions and do you feel like you are competent to continue

14   with this hearing?

15          **DEFENDANT BENAVIDES-ARTEAGA:**  What's that?

16          **THE COURT:**  Have you understood my questions and do

17   you feel like you're competent to continue --

18          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I didn't

19   understand that.

20          **THE COURT:**  All right.  Mr. Lopez, any reason to

21   doubt your client's competence?

22          **MR. LOPEZ:**  No doubt, your Honor, he's competent.

23          **THE COURT:**  All right.  Mr. Roman, what is your full

24   name?

25          **DEFENDANT ROMAN:**  Jose Roman.

1          **THE COURT:**  Roman, Mr. Roman, how old are you?

2          **DEFENDANT ROMAN:**  Thirty-three.

3          **THE COURT:**  How far did you go in school?  What's the

4  highest grade?

5          **DEFENDANT ROMAN:**  Eleventh.

6          **THE COURT:**  Eleventh.  And where did you go to high

7  school?  What city?

8          **DEFENDANT ROMAN:**  Chicago.

9          **THE COURT:**  Chicago.  Do you -- can you read and

10  write English?

11          **DEFENDANT ROMAN:**  Yes.

12          **THE COURT:**  Generally, are you in good health?

13          **DEFENDANT ROMAN:**  I have high blood pressure.

14          **THE COURT:**  All right.  Everything else generally

15  okay?

16          **DEFENDANT ROMAN:**  Yes.

17          **THE COURT:**  And have you ever been treated for any

18  kind of mental or psychological problems?

19          **DEFENDANT ROMAN:**  No.

20          **THE COURT:**  In the past 24 hours have you had any

21  medicines, pills or drugs of any kind?

22          **DEFENDANT ROMAN:**  Just for high blood pressure.

23          **THE COURT:**  All right.  Does that medicine in any way

24  confuse you or prevent you from understanding questions?

25          **DEFENDANT ROMAN:**  No.

1          **THE COURT:**  And do you feel like you've understood

2   everything so far and that you are competent to continue this

3   hearing?

4          **DEFENDANT ROMAN:**  Yes.

5          **THE COURT:**  All right.  Mr. Merino, any reason to

6   doubt his competence?

7          **MR. MERINO:**  No reason, Judge, but I would like the

8   Court to know I need to -- for him to sign the plea papers

9   still.

10          **THE COURT:**  Okay, sure.  Take a moment.

11          **MR. MERINO:**  Can I have a moment, Judge?

12          **THE COURT:**  Take a moment.  I thought that it was

13   already done.

14          **MR. MERINO:**  I just went over it now.

15          **THE COURT:**  Quickly.

16          All right, so, Mr. Vazquez, what's your full name?

17          **DEFENDANT VAZQUEZ-AVENDANO:**  Omar Vazquez-Avendano.

18          **THE COURT:**  And how old are you?

19          **DEFENDANT VAZQUEZ-AVENDANO:**  Thirty-two.

20          **THE COURT:**  How far did you go in school?

21          **DEFENDANT VAZQUEZ-AVENDANO:**  High school.

22          **THE COURT:**  And that was in Mexico?

23          **DEFENDANT VAZQUEZ-AVENDANO:**  In Mexico.

24          **THE COURT:**  And you understand some English?

25          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, I do.

1          **THE COURT:**  All right.  And, generally, are you in

2    good health?

3          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

4          **THE COURT:**  Have you ever been treated for any kind

5    of mental or psychological problems?

6          **DEFENDANT VAZQUEZ-AVENDANO:**  No.

7          **THE COURT:**  In the past 24 hours have you taken any

8    medicine, pills or drugs?

9          **DEFENDANT VAZQUEZ-AVENDANO:**  For diabetes.

10          **THE COURT:**  All right.  And, again, does that

11    medicine confuse you in any way or prevent you from

12    understanding questions?

13          **DEFENDANT VAZQUEZ-AVENDANO:**  No.

14          **THE COURT:**  And do you feel like you have understood

15    all of my questions so far and that you are competent to

16    proceed?

17          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, sir.

18          **THE COURT:**  All right.  So let's wait one moment for

19    him to get signed and then we'll continue.

20      **(Pause)**

21          **THE COURT:**  Ms. (indisc.) are you going to try this

22    case also, co --

23          **MS. SPEAKER:**  I'm going to sit second chair.

24          **THE COURT:**  All right.  Take some of the witnesses,

25    half of the witnesses?  Some?  All of them?  All right.

1      **(Pause)**

2           **THE COURT:** All right. So you've each -- each of you

3      have been shown a copy of the Indictment, that's just the

4      formal charge against you. And have you had a chance to

5      discuss these charges with your lawyer?

6           Mr. Benavides?

7           **DEFENDANT BENAVIDES-ARTEAGA:** Yes.

8           **THE COURT:** Mr. Roman?

9           **DEFENDANT ROMAN:** Yes.

10          **THE COURT:** And Mr. Vazquez?

11          **DEFENDANT VAZQUEZ-AVENDANO:** Yes, your Honor.

12          **THE COURT:** And do any of you have any questions

13     about the charges that are pending against you that your lawyer

14     could not ask -- could not answer for you?

15          Mr. Benavides?

16          **DEFENDANT BENAVIDES-ARTEAGA: (Speaks Spanish)**

17          **THE COURT:** Uh-huh (yes.) Okay.

18          **DEFENDANT BENAVIDES-ARTEAGA: (Through interpreter)**

19     Well, there was some that now I've had about a -- a charge

20     there, I told my attorney about it because at first I did not

21     agree with it, but it's like he explained to me that even

22     though I had not directly done that or been involved directly

23     it was part of the problem because the people that were with me

24     had done that.

25          **THE COURT:** Okay, so you understand the charge now

1    after he explained it?

2              **DEFENDANT BENAVIDES-ARTEAGA:**  I do.

3              **THE COURT:**  All right.  And do either of you have any

4    questions about the charges against you, Mr. Roman?

5              **DEFENDANT ROMAN:**  No.

6              **THE COURT:**  Mr. Vazquez?

7              **DEFENDANT VAZQUEZ-AVENDANO:**  No.

8              **THE COURT:**  Are each of you satisfied with the advice

9    and representation that your lawyer has given to you in this

10   case?

11             Mr. Benavides?

12             **DEFENDANT BENAVIDES-ARTEAGA:**  Sorry?

13             **THE COURT:**  Are you satisfied with the advice and

14   representation --

15             **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I am, sir,

16   satisfied.

17             **THE COURT:**  All right.  And Mr. Roman?

18             **DEFENDANT ROMAN:**  Yes.

19             **THE COURT:**  And Mr. Vazquez?

20             **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

21             **THE COURT:**  All right.  I find that each of you has

22   taken full advantage of your right to assistance of Counsel.

23             I'm now going to ask the lawyer for the Government to

24   read Count One --

25             They're all pleading to Count One, right, Ms. Profit?

1          **MS. PROFIT:**  Yes, but Mr. Benavides is also pleading

2     to Count Six.

3          **THE COURT:**  All right.  So if all of you would please

4     listen now I'm going to have the lawyer for the Government now

5     read Count One of the charges that are against you.  When she's

6     finished reading that charge each of you is going to be asked

7     whether you plead guilty or not guilty to it.

8          All right, so, Ms. Profit?

9          **MS. PROFIT:**  "In the United States District Court,

10          Southern District of Texas, McAllen Division, the

11          United States of America versus Marco Benavides-

12          Arteaga, Jose Roman, Omar --and Omar Vazquez-Avendano

13          in Criminal Number M-16-0876-S3, the Grand Jury

14          charges:

15          From on or about June 20, '11 to on or about June 16,

16          2016, in the Southern District of Texas and within

17          the jurisdiction of the Court Defendants Marco

18          Benavides-Arteaga, Jose Roman and Omar Vazquez-

19          Avendano did knowingly and intentionally conspire and

20          agree together and with other persons known and

21          unknown to the Grand Jurors to possess with intent to

22          distribute a controlled substance.  The controlled

23          substance involved was 5 kilograms or more of a

24          mixture or substance containing a detectable amount

25          of cocaine, a Schedule II controlled substance, in

1              violation of Title 21 United States Code, Sections

2              846, 841(a)(1) and 841(b)(1)(A)."

3         How do you plead to Count One of the Indictment,

4    Marco Benavides-Arteaga, guilty or not guilty?

5              **DEFENDANT BENAVIDES-ARTEAGA:**  Guilty.

6         **MS. PROFIT:**  How do you plead to Count One of the

7    Indictment, Jose Roman, guilty or not guilty?

8              **DEFENDANT ROMAN:**  Guilty.

9         **MS. PROFIT:**  How do you plead to Count One of the

10   Indictment, Omar Vazquez-Avendano, guilty or not guilty?

11             **DEFENDANT VAZQUEZ-AVENDANO:**  Guilty.

12        **MS. PROFIT:**  Proceeding with respect to Count Six of

13   the Indictment:

14             "From on or about November of 2011 until June 20th,

15             2016, in the Southern District of Texas and elsewhere

16             within the jurisdiction of the Court, the Defendants

17             Ismael Lechuga and Marco Benavides-Arteaga did

18             knowingly and intentionally conspire and agree

19             together and with other persons known and unknown to

20             the Grand Jury, to commit offenses against the United

21             States in violation of Title 18 United States Code,

22             Sections 1956, to-wit:  To transport, transmit and

23             transfer and attempt to transport, transmit and

24             transfer monetary instruments and funds involving the

25             proceeds of specified unlawful activity, to-wit, the

1      distribution of a controlled substance, an offense

2      punishable under Title 21 of the laws of the United

3      States to a place in the United States from or

4      through a place outside of the United States knowing

5      that the monetary instruments and funds involved in

6      the transportation, transmission and transfer

7      represented the proceeds of some form of unlawful

8      activity, to-wit, the distribution of a controlled

9      substance with them knowing that such transportation,

10     transmission and transfer was designed in whole or in

11     part to just conceal or disguise the Nueces West

12     (phonetic) location, ownership and control of the

13     proceeds as specified unlawful activity in violation

14     of Title 18 United States Code, Sections

15     1956(a)(2)(B)(i) and to transport, transmit and

16     transfer, and attempt to transport, transmit and

17     transfer monetary instruments and funds involving the

18     proceeds of specified unlawful activity, to-wit, the

19     distribution of a controlled substance, an offense

20     punishable under Title 21 of the laws of the United

21     States to a place in the United States from or to a

22     place outside of the United States knowing that the

23     monetary instruments and funds involved and

24     transportation to its mission and transfer

25     represented the proceeds of some form of unlawful

1           activity, to-wit, a distribution of a controlled

2           substance with the intent to promote the carrying on

3           of said specified and unlawful activity in violation

4           of Title 18 United States Code, Sections

5           1956(a)(2)(A) and (H)."

6        How do you plead to Count Six of the Indictment,

7 Mr. Benavides, guilty or not guilty?

8        **DEFENDANT BENAVIDES-ARTEAGA:**  Guilty.

9        **THE COURT:**  Under the Constitution and laws of this

10 country each of you does have the rights to plead not guilty,

11 and if you plead not guilty then you have the right to a trial

12 before either a jury or a Judge on these charges that are

13 pending against you.  Do each of you understand this?

14        Mr. Benavides?

15        **DEFENDANT BENAVIDES-ARTEAGA:**  I do.

16        **THE COURT:**  Mr. Roman?

17        **DEFENDANT ROMAN:**  Yes.

18        **THE COURT:**  And Mr. Vazquez?

19        **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

20        **THE COURT:**  At a trial you would have the right to

21 the assistance of a lawyer whether you could afford one or not.

22 If you could not afford a lawyer then one would be appointed to

23 represent you at all stages of these proceedings against you at

24 no cost to you.  Do each of you understand this?

25        Mr. Benavides?

1          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

2          **THE COURT:**  Mr. Roman?

3          **DEFENDANT ROMAN:**  Yes.

4          **THE COURT:**  And Mr. Vazquez?

5          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

6          **THE COURT:**  If you wanted to plead not guilty in

7    order to find you guilty the Government would have to prove at

8    a trial by competent evidence and beyond a reasonable doubt

9    these charges that are pending against you.  Do each of you

10   understand this?

11         Mr. Benavides?

12         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, your Honor.

13         **THE COURT:**  Mr. Roman?

14         **DEFENDANT ROMAN:**  Yes, sir.

15         **THE COURT:**  And Mr. Vazquez?

16         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

17         **THE COURT:**  At a trial you would be presumed to be

18   innocent, it would not be your burden to have to prove that

19   you're innocent.  Do each of you understand this?

20         Mr. Benavides?

21         **DEFENDANT BENAVIDES-ARTEAGA:**  I do.

22         **THE COURT:**  Mr. Roman?

23         **DEFENDANT ROMAN:**  Yes.

24         **THE COURT:**  And Mr. Vazquez?

25         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

1       **THE COURT:**  In the course of a trial the witnesses

2    for the Government would have to come into the courtroom to

3    testify in front of you and your lawyer.  Your lawyer could

4    question any of the Government's witnesses, object to any of

5    their evidence, and then you would have the right to present

6    any evidence in defense of these charges that you might want to

7    present.  Do each of you understand this?

8            Mr. Benavides?

9            **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

10           **THE COURT:**  Mr. Roman?

11           **DEFENDANT ROMAN:**  Yes.

12           **THE COURT:**  And Mr. Vazquez?

13           **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

14           **THE COURT:**  At a trial you would also have the right

15    to take the witness stand and testify in your defense if you

16    desired; however, you cannot be forced to testify or to

17    incriminate yourself, and nobody can hold it against you if you

18    choose not to testify at a trial.  Do each of you understand

19    this?

20           Mr. Benavides?

21           **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

22           **THE COURT:**  Mr. Roman?

23           **DEFENDANT ROMAN:**  Yes.

24           **THE COURT:**  And Mr. Vazquez?

25           **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

1          **THE COURT:**  When you plead guilty, though, you give

2    up this right against testifying or against incriminating

3    yourself because in order for me to be satisfied that you are

4    actually guilty of this crime I need to ask you some questions

5    about these events and you cannot refuse to answer them.  Do

6    each of you understand this?

7          Mr. Benavides?

8          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I understand.

9          **THE COURT:**  Mr. Roman?

10         **DEFENDANT ROMAN:**  Yes, sir.

11         **THE COURT:**  Mr. Vazquez?

12         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

13         **THE COURT:**  Also, if I accept your guilty plea then

14   you will be giving up all of these rights that I have just

15   mentioned and discussed with you because there will be no trial

16   in your case.  I will simply enter a judgment of guilty and

17   sentence you on the basis of your plea of guilty here this

18   morning.  Do each of you understand this, that there will be no

19   trial in your case?

20         Mr. Benavides?

21         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I do.

22         **THE COURT:**  Mr. Roman?

23         **DEFENDANT ROMAN:**  Yes.

24         **THE COURT:**  And Mr. Vazquez?

25         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

1          **THE COURT:**  And in each of your cases do you

2   understand I can -- I could send you to prison for up to life

3   with a minimum sentence of at least 10 years, and in addition I

4   could fine you up to $10 million.

5          Mr. Benavides, do you understand this?

6          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

7          **THE COURT:**  Mr. Roman?

8          **DEFENDANT ROMAN:**  Yes, sir.

9          **THE COURT:**  And Mr. Vazquez?

10         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

11         **THE COURT:**  And, Mr. Benavides, on the money

12  laundering charge I could send you to prison for up to 20 years

13  and fine you up to twice the amount of the laundered proceeds,

14  do you understand this?

15         **DEFENDANT BENAVIDES-ARTEAGA:**  I know, yes.

16         **THE COURT:**  In addition to the imprisonment you face

17  and fine I'm also required to impose upon each of you a

18  supervised release term.  And this is a term of supervision by

19  the Probation Office that starts as soon as you get out of

20  prison so it is in addition to any imprisonment.

21         And in each of your cases you could actually be

22  supervised by the Probation Office for the rest of your lives.

23  Do each of you understand this?

24         Mr. Benavides?

25         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

1          **THE COURT:**  Mr. Roman?

2          **DEFENDANT ROMAN:**  Yes, sir.

3          **THE COURT:**  And Mr. Vazquez?

4          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

5          **THE COURT:**  I am also required to impose upon you a

6  $100 special assessment for each felony adjudication.

7          So for Mr. Benavides, for you that would be $200 in

8  special assessments, do you understand this?

9          **DEFENDANT BENAVIDES-ARTEAGA:**  I do, yes.

10          **THE COURT:**  And, Mr. Roman, it would be $100 for you,

11  do you understand this?

12          **DEFENDANT ROMAN:**  Yes.

13          **THE COURT:**  And, Mr. Vazquez, $100 for you, as well,

14  do you understand this?

15          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

16          **THE COURT:**  And have each of you spoke with your

17  attorney about these Sentencing Commission Guidelines and how

18  these Sentencing Guidelines might apply in your case?

19          Mr. Benavides?

20          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes.

21          **THE COURT:**  Mr. Roman?

22          **DEFENDANT ROMAN:**  Yes.

23          **THE COURT:**  Mr. Vazquez?

24          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

25          **THE COURT:**  I will not be able to determine exactly

which of these sentencing ranges does apply in your case until

after the Probation Office has prepared the Presentence Report

about you, and you and your lawyer have had an opportunity to

review and object to that report. Do each of you understand

this?

Mr. Benavides?

**DEFENDANT BENAVIDES-ARTEAGA:** Yes.

**THE COURT:** Mr. Roman?

**DEFENDANT ROMAN:** Yes.

**THE COURT:** Mr. Vazquez?

**DEFENDANT VAZQUEZ-AVENDANO:** Yes.

**THE COURT:** Once the Probation Office does determine

exactly which of these sentencing ranges does apply in your

case I may, nevertheless, vary or depart from these Guidelines,

and I can sentence you up to the maximum punishment that you

face in your case and you would not be able to take back your

guilty plea. Do each of you understand this about the advisory

nonbinding nature of these Guidelines?

Mr. Benavides?

**DEFENDANT BENAVIDES-ARTEAGA:** I do.

**THE COURT:** Mr. Roman?

**DEFENDANT ROMAN:** Yes.

**THE COURT:** And Mr. Vazquez?

**DEFENDANT VAZQUEZ-AVENDANO:** Yes.

**THE COURT:** And has anybody guaranteed to you or

1    promised you the sentence that I'm going to give you in your

2    case?

3            Mr. Benavides?

4            **DEFENDANT BENAVIDES-ARTEAGA:**  No, sir.

5            **THE COURT:**  Mr. Roman?

6            **DEFENDANT ROMAN:**  No.

7            **THE COURT:**  And Mr. Vazquez?

8            **DEFENDANT VAZQUEZ-AVENDANO:**  No, your Honor.

9            **THE COURT:**  Has anyone attempted in any way to force

10   you to plead guilty here this morning, or threatened you or

11   told you that if you did not plead guilty some additional

12   charges would be brought against you?

13           Mr. Benavides?

14           **DEFENDANT BENAVIDES-ARTEAGA:**  No, sir.

15           **THE COURT:**  Mr. Roman?

16           **DEFENDANT ROMAN:**  No.

17           **THE COURT:**  And Mr. Vazquez?

18           **DEFENDANT VAZQUEZ-AVENDANO:**  No, your Honor.

19           **THE COURT:**  This offense which each of you have pled

20   guilty is a felony offense and if I accept your guilty plea

21   then you will be adjudged guilty of this felony offense which

22   will have some additional consequences to you because you'll

23   lose certain rights you may have had in this country like the

24   right to possess a firearm or ammunition, the right to serve on

25   juries, the right to vote.  And if you're not a citizen of the

1   United States then whatever status you might have had to live

2   here that will be revoked and you will be deported back to your

3   home countries and excluded from returning.  Do each of you

4   understand these additional consequences?

5          Mr. Benavides?

6          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I do, sir.

7          **THE COURT:**  Mr. Roman?

8          **DEFENDANT ROMAN:**  Yes.

9          **THE COURT:**  And Mr. Vazquez?

10         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

11         **THE COURT:**  All right.  And are there Plea Agreements

12  in all three cases?  If so, could you please describe them?

13         **MS. PROFIT:**  Yes, your Honor, there are Plea

14  Agreements in all three cases.

15         The Defendant agrees to plead guilty to a count in

16  the Indictment or in the case of Mr. Benavides to two Counts of

17  the Indictment.

18         Defendants stipulate and agrees that the property

19  listed in the Third Superseding Indictment's Notice of

20  Forfeiture is subject to forfeiture and the Defendant agrees to

21  the full return of that property.

22         Defendant agrees to waive any and all interest in any

23  asset which is the subject of or related administrative or

24  judicial forfeiture procedure -- proceedings whether criminal

25  or civil, Federal or State.

1          And the Government will recommend that the Offense

2    Level decrease by two levels pursuant to the United States

3    Sentencing Guideline 3E1.1A if the Defendant clearly

4    demonstrates responsibility.

5          And the Government would also agree that any

6    remaining Counts of the Indictment would be dismissed at the

7    time of sentencing.

8          **THE COURT:**  So each of you has heard the Government

9    describe for me the Plea Agreement in your case.  Is this your

10   understanding of the agreement you reached with the Government?

11         Mr. Benavides?

12         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes.

13         **THE COURT:**  Mr. Roman?

14         **DEFENDANT ROMAN:**  Yes.

15         **THE COURT:**  And Mr. Vazquez?

16         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

17         **THE COURT:**  Did each of you have an opportunity to

18   review and discuss it with your lawyer and have it explained to

19   you in Spanish, if necessary, before you signed it?

20         Mr. Benavides?

21         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, he just explained

22   that to me.

23         **THE COURT:**  Mr. Roman?

24         **DEFENDANT ROMAN:**  Yes.

25         **THE COURT:**  And Mr. Vazquez?

1          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

2          **THE COURT:**  Your Plea Agreements with the Government

3   are all nonbinding Plea Agreements and what that means is that

4   they're not actually binding on the Court and I'm not required

5   to follow these agreements.  And you will have no right to take

6   back your guilty plea if I do not follow the agreements, even

7   if it results in a sentence that is less favorable to you than

8   what was contemplated by the Plea Agreement.  Do each of you

9   understand this about the nonbinding nature of your Plea

10  Agreements?

11         Mr. Benavides?

12         **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, I do.

13         **THE COURT:**  Mr. Roman?

14         **DEFENDANT ROMAN:**  Yes.

15         **THE COURT:**  And Mr. Vazquez?

16         **DEFENDANT VAZQUEZ-AVENDANO:**  Yes, your Honor.

17         **THE COURT:**  All right.  Knowing all of these rights

18  that I have discussed with each of you here this morning would

19  any of you at this time like to change your mind and take back

20  your guilty plea which I would allow?

21         Mr. Benavides?

22         **DEFENDANT BENAVIDES-ARTEAGA:**  No, sir.

23         **THE COURT:**  Mr. Roman?

24         **DEFENDANT ROMAN:**  No.

25         **THE COURT:**  Mr. Vazquez?

1    **DEFENDANT VAZQUEZ-AVENDANO:**  No, your Honor.

2    **THE COURT:**  All right.  Then I'm going to now ask the

3  lawyer for the Government to describe for me the facts in your

4  cases that the Government was prepared to prove if you had

5  proceeded forward to a trial.  It's important that you listen

6  carefully because when she's finished describing all of these

7  events about you I'm going to ask you if what she said was all

8  correct.  All right, so Ms. Profit?

9    **MS. PROFIT:**  "With respect to Count One, the cocaine

10    conspiracy Defendant Marco Benavides-Arteaga, Jose

11    Roman and Omar Vazquez-Avendano entered into an

12    agreement to possess with intent to distribute over 5

13    kilograms of cocaine.

14    In furtherance of this agreement during the timeframe

15    of this conspiracy kilograms of cocaine would be

16    transported from Mexico to the Southern District of

17    Texas to Defendant Omar Vazquez-Avendano, also known

18    as El Toro in Chicago, Illinois and to Marco

19    Benavides-Arteaga in Columbus, Ohio.

20    On November 19th, 2015 Marco Benavides with Ismael

21    Lechuga coordinated the delivery of approximately 13

22    kilograms of cocaine to Garcia which was seized by

23    law enforcement.

24    In furtherance of this agreement Omar Vazquez-

25    Avendano in Chicago, Illinois would coordinate the

1    delivery of cocaine from South Texas with Jose Roman

2    and Rodrigo Roman.

3    In March of 2016 Omar Vazquez coordinated the

4    delivery of cocaine using PPM text messages with

5    Ismael Lechuga and passed the number belonging to

6    Prieto (phonetic).  Through GPS pings, HSI agents in

7    Chicago identified Jose Roman as holding the phone

8    belonging to Prieto.

9    On March 5th, 2016 Jose Ramon picked up approximately

10   6 kilograms of cocaine.  This cocaine was seized by

11   law enforcement along with an additional 4 kilograms

12   of cocaine at the home of Rodrigo Roman.

13   In furtherance of this agreement in June of 2016

14   Ismael Lechuga arranged for the transportation of

15   approximately 120 kilograms of cocaine from South

16   Texas to DeKalb, Illinois in two tractor trailers.  A

17   portion of this cocaine was destined for Omar

18   Vazquez-Avendano in Chicago.  A hundred and 20

19   kilograms of cocaine was seized by law enforcement."

20   **THE COURT:**  All right, so the three of you have heard

21   the Government describe the facts in your case.  Were the facts

22   stated by the United States Attorney all true and correct?

23   Mr. Benavides?

24   **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, sir.

25   **THE COURT:**  And, Mr. Roman, were these correct?

1          **DEFENDANT ROMAN:**  Yes.

2          **THE COURT:**  And, Mr. Vazquez, were these correct?

3          **DEFENDANT VAZQUEZ-AVENDANO:**  Yes.

4          **THE COURT:**  All right.  And so, Mr. Benavides, the

5    Government is now going to describe some additional facts

6    pertaining to the money laundering charge.

7          **MS. PROFIT:**  "Ismael Lechuga and Marco Benavides-

8               Arteaga entered into a conspiracy to transport money

9               derived from drug trafficking from a place in the

10              United States to a place outside the United States;

11              that is, Mexico in order to promote drug trafficking.

12              Lechuga and Benavides also then transported the drug

13              trafficking funds from Mexico back into the United

14              States in order to -- in order to use the criminally-

15              derived property to purchase real property, cars and

16              luxury items to support their lifestyles in the

17              United States.  The money was transported back into

18              the United States in (indisc.) names in order to

19              disguise the true source and nature of the funds.

20              In furtherance of this conspiracy in November and

21              December of 2015 Ismael Lechuga and Marco Benavides

22              were involved in transporting cocaine to Columbus,

23              Ohio for sale and returning the drug proceeds to

24              McAllen, Texas for later transportation into Mexico.

25              According to intercepts Lechuga and Benavides had

1      approximately $570,000 in drug proceeds in Columbus,

2      Ohio that they were arranging to transport to the

3      Southern District of Texas and from there to Mexico.

4      However, Federal search warrants were executed in

5      Columbus, Ohio and $761,421 was seized.  A

6      cooperating individual later indicated that $571,000

7      of that money was destined to be transported to

8      McAllen, Texas and that the source of the funds was

9      cocaine that he had received from Marco Benavides.

10     According to cooperating -- according to a

11     cooperating individual Marco Benavides would provide

12     him with cocaine and he would arrange to have the

13     proceeds shipped back to Marco Benavides in McAllen,

14     Texas where it would be transported to Texas (sic).

15     According to this individual they used female family

16     members of the big boss to transport the money back

17     to Texas.

18     On October 21st, 2015 $301,092 was seized from Maria

19     DeJesus-Carino (phonetic) in Houston, Texas.

20     On November 4th, 2015 Maria Hernandez-Lechuga Carino

21     was stopped at the bus station in Dallas, Texas with

22     $294,640 in her luggage.  This money was drug

23     proceeds.

24     On June 14th, 2016 $400,000 was seized from a tractor

25     trailer in Illinois along with 120 kilograms of

1          cocaine and Lechuga had arranged for a shipment of

2          the cocaine to Omar Vazquez along with the return to

3          the McAllen area for further transport to Mexico of

4          the $400,000."

5          **THE COURT:**  Mr. Benavides, were these facts stated by

6    the US Attorney all true and correct?

7          **DEFENDANT BENAVIDES-ARTEAGA:**  Yes, it is true.

8          **THE COURT:**  All right.  It is the finding of the

9    Court in each of these cases that each of these Defendants is

10   competent and capable of entering an informed pleas; each of

11   them understands the nature of the charge against them and the

12   consequences of their guilty pleas and their maximum punishment

13   that they face; that each of these pleas of guilty are knowing

14   and voluntary pleas supported by the facts that contain the

15   elements of the offense.

16          I, therefore, accept each of these guilty pleas and

17   each of these Defendants is adjudged guilty of the offense.

18          The next step now in this process for the three of

19   you is that a Probation Officer will be assigned to each of

20   your cases and this Probation Officer is the one who prepares

21   your Presentence Report and this the report that I will rely

22   upon, in part, to determine your sentence.

23          So this Probation Officer should interview each of

24   you within the next two weeks to begin collecting information

25   they need.  When they complete their investigation they'll type

1  up the report and then a copy is given to your lawyer who is

2  required to review it with you to make sure that it's all

3  correct.

4          You will then come back here for your sentencing

5  hearings, and when you do you'll each have a chance to speak so

6  if there's something that you want me to consider you'll have a

7  chance to bring it to my attention.

8          I'm ordering in your three cases that your

9  Presentence Reports be prepared by August 10th.

10         Any objections within two weeks.

11         And then the three of you are scheduled to be back

12 here for sentencing on Thursday, the 14th of September at 9:00

13 a.m., the 14th of September at 9:00 a.m.

14         All right, there being nothing further you are all

15 excused at this time.  Thank you everybody.

16     **(This proceeding was adjourned at 9:35 a.m.)**

17

18

19

20

21

22

23

24

25

CERTIFICATION


I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the above-

entitled matter.




_____        December 5, 2017_


TONI HUDSON, TRANSCRIBER